IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CARL LEE RICHARDSON,

    Petitioner,

v.

LOUIS WILLIAMS, II,

    Respondent.

ORDER

Case No. 17-cv-683-jdp

Petitioner Carl Lee Richardson seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner has neither paid the $5 filing fee nor requested leave to proceed without prepayment of the filing fee. For this case to move forward, petitioner must pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than September 25, 2017. Any motion for leave to proceed without prepayment of the filing fee must include a certified copy of an inmate trust fund account statement (or institutional equivalent) for the six-month period beginning approximately February 28, 2017 through the date of the petition, August 29, 2017.

ORDER

IT IS ORDERED that:

1. Petitioner Carl Lee Richardson may have until September 25, 2017, to pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee.

2. If petitioner does not submit either the $5 payment or a motion for leave to proceed without prepayment before September 25, 2017, I will assume that petitioner wishes to withdraw this petition.

Entered this 1st day of September, 2017.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge