IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CARL LEE RICHARDSON,

    Petitioner,

v.

LOUIS WILLIAMS II,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 17-cv-683-jdp

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent Louis Williams, II, denying petitioner Carl Lee Richardson's petition for a writ of habeas corpus under 28 U.S.C. § 2241 and dismissing this case.

/s/

Peter Oppeneer, Clerk of Court

10/31/2017

Date